

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 03 2021
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR 00200 BRW |
| | ) | |
| v. | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(B) |
| | ) | 18 U.S.C. § 922(g)(1) |
| RIKKI MARA RATLIFF | ) | 18 U.S.C. § 924(c)(1)(A) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about December 10, 2020, in the Eastern District of Arkansas, the defendant,

RIKKI MARA RATLIFF,

knowingly and intentionally possessed with intent to distribute 50 grams or more, but less than 500 grams, of a mixture and substance containing of a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Before the defendant committed the offense charged in this count, the defendant, RIKKI MARA RATLIFF, had the following final convictions for a serious drug felony for which she served more than 12 months of imprisonment and for which she was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense:

    1.    Possession of Meth/Cocaine with Purpose to Deliver, in Pulaski County, Arkansas, Circuit Court in Case Number 2017-4448; and

    2.    Possession of Meth/Cocaine with Purpose to Deliver, in Pulaski County, Arkansas, Circuit Court in Case Number 2018-245.

3

## COUNT TWO

On or about December 10, 2020, in the Eastern District of Arkansas, the defendant,

RIKKI MARA RATLIFF,

knowingly and intentionally distributed 5 grams or more, but less than 50 grams, of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Before the defendant committed the offense charged in this count, the defendant, RIKKI MARA RATLIFF, had the following final convictions for a serious drug felony for which she served more than 12 months of imprisonment and for which she was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense:

1. Possession of Meth/Cocaine with Purpose to Deliver, in Pulaski County, Arkansas, Circuit Court in Case Number 2017-4448; and

2. Possession of Meth/Cocaine with Purpose to Deliver, in Pulaski County, Arkansas, Circuit Court in Case Number 2018-245.

## COUNT THREE

On or about June 7, 2021, in the Eastern District of Arkansas, the defendant,

RIKKI MARA RATLIFF,

knowingly and intentionally possessed with intent to distribute 50 grams of more, but less than 500 grams, of a mixture and substance containing of a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Before the defendant committed the offense charged in this count, the defendant, RIKKI MARA RATLIFF, had the following final convictions for a serious drug felony for which she

served more than 12 months of imprisonment and for which she was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense:

1. Possession of Meth/Cocaine with Purpose to Deliver, in Pulaski County, Arkansas, Circuit Court in Case Number 2017-4448; and

2. Possession of Meth/Cocaine with Purpose to Deliver, in Pulaski County, Arkansas, Circuit Court in Case Number 2018-245.

## COUNT FOUR

A. On or about June 7, 2021, the defendant,

RIKKI MARA RATLIFF,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Forgery, in Pulaski County, Arkansas, Circuit Court in Case Number 2017-1228;

2. Possession of Meth/Cocaine with Purpose to Deliver, Possession of Drug Paraphernalia, and Possession of a Firearm by Certain Persons, in Pulaski County, Arkansas, Circuit Court in Case Number 2017-4448;

3. Possession of Meth/Cocaine with Purpose to Deliver and Criminal Attempt to Furnish Prohibited Articles, in Pulaski County, Arkansas, Circuit Court in Case Number 2018-245; and

4. Possession of Meth/Cocaine and Possession of Drug Paraphernalia (two counts), in Pulaski County, Arkansas, Circuit Court in Case Number 2018-1011.

  B. On or about June 7, 2021, in the Eastern District of Arkansas, the defendant,

RIKKI MARA RATLIFF,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

  1. Taurus, model PT 738, .380-caliber handgun, bearing serial number 72072D;

  2. Remington, model 870, 12-gauge shotgun, bearing serial number LTD120576.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT FIVE**

On or about June 7, 2021, in the Eastern District of Arkansas, the defendant,

RIKKI MARA RATLIFF,

knowingly and intentionally possessed at least one of the following firearms, that is: a Taurus, model PT 738, .380-caliber handgun, bearing serial number 72072D and a Remington, model 870, 12-gauge shotgun, bearing serial number LTD120576, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count Three of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION ONE

Upon conviction of Count One, Two, or Three of this Indictment, the defendant, RIKKI MARA RATLIFF, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION TWO

Upon conviction of Count One, Two, or Three of this Indictment, the defendant, RIKKI MARA RATLIFF, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION THREE

Upon conviction of Count One, Two, Three, Four, or Five of this Indictment, the defendant, RIKKI MARA RATLIFF, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[End of text. Signature page to follow.]