IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                               4:21-CR-00200-01-BRW

RIKKI MARA RATLIFF

## ORDER

For the reasons set out below, Defendant's Motion for Compassionate Release (Doc. No. 49) is DENIED.

On March 30, 2022, Defendant pleaded guilty to possession with intent to distribute methamphetamine.[1] On July 7, 2022, she was sentenced to 96 months in prison.[2]

Defendant seeks compassionate release because she wants to care for her minor children.

First, Defendant has been incarcerated for less than four months. Second, Defendant has not established that she is the only available caregiver for the children. Third, the relief is not warranted after consideration of the § 3553(a) factors, especially deterrence and protecting the public from future crimes by Defendant.[3]

IT IS SO ORDERED, this 25th day of October, 2022.

                Billy Roy Wilson
                UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 42, 43.

[2] Doc. Nos. 46, 47.

[3] Defendant has twelve convictions since November 2016.